# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-8008

Nikki Steiner Mazzocchio and Angela Steiner Kraus

Respondents

v.

Cotter Corporation and Commonwealth Edison Company

Petitioners

DJR Holdings, Inc., formerly known as Futura Coatings, Inc.

St. Louis Airport Authority, A Department of the City of St. Louis

Petitioner

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00292-MTS)

---

## ORDER

The petition to appeal pursuant to 28 U.S.C. Section 1292(b), filed by petitioners
Commonwealth Edison Company, Cotter Corporation and St. Louis Airport Authority, is
granted. The case is being regularly docketed as case number 23-3709.

December 19, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans