# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-8008

_____

Nikki Steiner Mazzocchio; Angela Steiner Kraus

Respondents

v.

Cotter Corporation; Commonwealth Edison Company

Petitioners

DJR Holdings, Inc., formerly known as Futura Coatings, Inc.

St. Louis Airport Authority, A Department of the City of St. Louis

Petitioner

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00292-MTS)

---

## JUDGMENT

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.

Judgment is entered in accordance with the court's order dated December 19, 2023, granting petitioners' petition for permission to appeal pursuant to 28 U.S.C. 1292(b). The new case is docketed under appeal No. 23-3709. Mandate shall issue forthwith.

December 19, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans